## People of State of Illinois, Defendant in Error, v. Ernest Johnson, Plaintiff in Error.

### Gen. Nos. 43,341, 43,346.

Heard in the first division, first district, this court at the February term, 1945; opinion filed June 25, 1945; rehearing denied July 16, 1945; released for publication July 19, 1945. Everett Simpson, for plaintiff in error; William J. Tuohy, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by JUSTICE O'CONNOR. Not to be published in full.